FILED: March 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-7256
(4:11-cr-00055-AWA-DEM-10)
(4:22-cv-00057-AWA)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BOBBIE RAY EDWARDS, a/k/a Tank

       Defendant - Appellant

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

/s/Nwamaka Anowi, Clerk